· 522

No. 45261.—Protest 23421–K of Hin Yuen Hong (Los Angeles).

Opinion by Evans, J. It was stipulated that the merchandise consists of
sliced wai san the same as that the subject of *Oy Wo Tong Co.* v. *United States*
(C. D. 372). The claim at 10 percent under paragraph 34 was therefore sustained.
No. 45262.—Protests 37673–K, etc., of B. R. Anderson & Co. et al. (Seattle).

Opinion by Evans, J. In accordance with stipulation; of counsel and on the
authority of *Oy Wo Tong* v. *United States* (C. D. 372) and Abstract 44821 some
of the merchandise was held free of duty under paragraph 1669 and certain items
were held dutiable at 10 percent under paragraph 34.

No. 45263.—Protests 14129–K, etc., of Peat Import Corp. et al. (Mobile, etc.).

Opinion by Evans, J. Following the authorities cited in Abstract 15400 the
court dismissed the protests.

No. 45264.—Protests 595045–G, etc., of Biddle Purchasing Co. et al. (New York).

Opinion by Evans. J. Following the authorities cited in Abstract 15400 the
court dismissed the protests.

No. 45265.—Petition 6052–R of Makagaki Co. (Los Angeles).

Opinion by Evans, J. It appeared that prior to filing the entry additions
were made in the invoice value of certain Japanese shoes and rubber boots to
make market value and that there was an omission to add to the value of 26
pairs of boots. As it was evident that there was no intention to defraud the
revenue the petition was granted.

No. 45266.—Petition 6035–R of Pacific Trading Co. (San Francisco).

Opinion by Evans, J. From the record it was found that there was no inten-
tion to defraud the Government or to deceive the officials as to the value of the
merchandise. The petition was therefore granted.